MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,       ) No. CR-S-10-396
                 Plaintiff,          )
                                     ) ORDER
        v.                           )
                                     ) Date:  2-22-11
MICHAEL SHANAZARI,                   ) Time:  9:30 a.m.
                                     ) Judge: Hon. Edmund F. Brennan
                 Defendant.          )
================================)

    UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the jury trial presently set for December 7, 2010, at 9:30 a.m. be continued to February 22, 2011, at 9:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.  The additional time will also permit Mr. Long to properly be prepared for the jury trial.

    The period of time from the signing of this Order up to and including the new jury trial date of February 22, 2011, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: November 16, 2010

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE