```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  COLIN M. SCOTT
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2936
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Cr. No. 2:10-cr-396-EFB
                                 )
12        Plaintiff,             )  Order
                                 )
13        v.                     )
                                 )
14  MICHAEL A. SHANAZARI,        )
                                 )
15        Defendant.             )  JUDGE: Hon. Edmund F. Brennan
    _____)
16
17       It is Hereby Ordered that the plaintiff United States
18  Government's motion to dismiss Cr. No. 2:10-cr-396-EFB is
19  GRANTED.
20       IT IS SO ORDERED.
21  Dated: January 27th, 2011
22                                  _____
                                    EDMUND F. BRENNAN
23                                  UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
```